**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Vaughn Smith,<br><br>Plaintiff,<br><br>v.<br><br>Charles L. Ryan,<br><br>Defendant. | No. CV-18-02657-PHX-SPL (ESW)<br><br>**ORDER** |

Before the Court is the Defendants' Motion for Clarification (Doc. 72) seeking clarification of the Court's Order (Doc. 71) in which the Court entered a temporary restraining order requiring the Plaintiff to be placed in protective custody pending a preliminary injunction hearing. The Court scheduled a Preliminary Injunction hearing on the Plaintiff's motion for a temporary restraining order August 26, 2019, to determine whether a further injunction should issue.

The relief requested in the Plaintiff's motion for temporary restraining order is placement in a protective custody unit away from the general population inmates at Eyman Complex. (Doc. 70 at 3) In the Motion for Clarification, the Defendants state that the Plaintiff is currently housed in the ASPC–Eyman Enhanced Security Unit, which is a protective custody environment. (Doc. 72 at 2) The Defendants represent that the Plaintiff remains classified as a protective custody inmate, and "[d]ue to heightened security protocols, Enhanced Secuirty is considered the most secure housing location within the ADC." (Doc. 72 at 2)

Therefore, the Court finds that the Plaintiff's motion for temporary restraining order is moot, as the Plaintiff's request to be housed in protective custody has already been granted. Accordingly,

**IT IS ORDERED** that the Defendants' Motion for Immediate Clarification of the Court's Order Filed August 21, 2019 (Doc. 72) is **granted**;

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Temporary Restraining Order (Doc. 70) is **denied as moot**;

**IT IS FURTHER ORDERED** that the Court's Order (Doc. 71) is **vacated**; and

**IT IS FURTHER ORDERED** that the hearing presently set for **August 26, 2019** before the Honorable Steven P. Logan is **vacated**.

Dated this 23rd day of August, 2019.

Honorable Steven P. Logan
United States District Judge