**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Vaughn Smith, | No. CV-18-02657-PHX-MTL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pending before the Court are three Motions (Docs. 93, 94, 100) filed by Plaintiff concerning service of Defendant Medrano. For good cause shown,

**IT IS ORDERED** granting Plaintiff's "Motion to Compel Address Under Seal, Requesting an Extension of Time to Return Service Packet and Requesting Service Packet" (Doc. 94).

**IT IS FURTHER ORDERED** that by **November 21, 2019**, counsel for Defendant Ryan shall file under seal the last known address for Defendant Medrano.

**IT IS FURTHER ORDERED** that upon the filing of Defendant Medrano's last known address, the Clerk of Court is directed to complete a service packet for Defendant Medrano and forward it to the U.S. Marshals Service.

**IT IS FURTHER ORDERED** extending the service deadline as to Defendant Medrano to **January 6, 2020**.

**IT IS FURTHER ORDERED** denying as moot Plaintiff's "Motion Requesting an Extension of Time to Complete Service Upon Defendant A. Medrano" (Doc. 93) and "Motion Requesting an Extension of Time to Return Service Paccet [sic] and Request for New Service Paccet [sic] for Defendant A. Medrano" (Doc. 100).

Dated this 7th day of November, 2019.

_____
Eileen S. Willett
United States Magistrate Judge