**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Vaughn Smith,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>　　　　Defendants. | No. CV-18-02657-PHX-MTL (ESW)<br><br>**ORDER** |

Pending before the Court is Plaintiff's "Motion to Compel Address Under Seal and Request for Extension of Time to Serve Defendant Reyna" (Doc. 142). Defendant Reyna was personally served on January 16, 2020, as reflected in the Proof of Service filed January 23, 2020 (Doc. 144 at 3).

**IT IS ORDERED** denying as moot Plaintiff's "Motion to Compel Address Under Seal and Request for Extension of Time to Serve Defendant Reyna" (Doc. 142).

Dated this 29th day of January, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge