**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Vaughn Smith,<br><br>Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>Defendants. | No. CV-18-02657-PHX-MTL (ESW)<br><br>**ORDER** |

The Court has considered Plaintiff's "Motion for Enlargement of Discovery Deadlule [sic] and Time to File Dispositive Motions for Defendant J. Chavez" (Doc. 173) and Defendants' Response (Doc. 175). For good cause shown,

**IT IS ORDERED** granting Plaintiff's "Motion for Enlargement of Discovery Deadlule [sic] and Time to File Dispositive Motions for Defendant J. Chavez" (Doc. 173).

**IT IS FURTHER ORDERED** extending the discovery deadline in this case to June 22, 2020 and the dispositive motion deadline to August 24, 2020.

Dated this 1st day of May, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge