**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert Vaughn Smith, | No. CV-18-02657-PHX-MTL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pending before the Court are Defendants' Motions for Leave to Exceed Page Limitations (Docs. 245, 247).   Dated this 6th day of November, 2020.

For good cause shown,

**IT IS ORDERED** granting Defendants' Motions for Leave to Exceed Page Limitations (Docs. 245, 247). The Clerk of Court shall file the lodged proposed Replies (Docs. 246, 248).

Dated this 6th day of November, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge